IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLES BUCHANAN )
) No. 3-12-0832
v. )
)
BARRY ALEXANDER AUTOMOTIVE, )
LLC )

O R D E R

In accord with the order entered November 19, 2012 (Docket Entry No. 23), the parties filed a joint mediation report on May 8, 2013 (Docket Entry No. 25), in which they advised that they had selected a mediator, that mediation was to be scheduled as soon as the plaintiff answered written discovery, and that the parties would notify the court of the outcome of the mediation.

The Court has not heard from the parties since then.

Therefore, by July 15, 2013, the parties shall file another joint mediation report, indicating whether and when they participated in mediation and, if they have not yet participated in mediation, when it is scheduled, and, if they did participate in mediation, whether they were able to reach a resolution of the case, and, if so, when they will file an agreed order or stipulation of dismissal, and, if not, whether any potential for settlement remains.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge