IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLES BUCHANAN | ) | |
| | ) | No. 3-12-0832 |
| v. | ) | |
| | ) | |
| BARRY ALEXANDER AUTOMOTIVE, LLC | ) ) | |

O R D E R

On October 31, 2013, counsel for the plaintiff advised the Court that the parties had reached a settlement in this case.

As a result, they are relieved of their obligation to file a joint mediation report by November 15, 2013, as provided in the order entered September 19, 2013 (Docket Entry No. 33).

By November 22, 2013, the parties shall file an agreed order or stipulation of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' agreed order or stipulation of dismissal to be filed no later than November 22, 2013.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered September 19, 2013 (Docket Entry No. 33), the pretrial conference and trial were rescheduled to June 23, 2013, and July 8, 2014, respectively.